UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MISTY GREGER, et ux. JOEY GREGER,

        *Plaintiffs,*

    vs.

C.R. BARD, INC., a New Jersey corporation,      **Civil Action No.: 4:19-cv-00675-SDJ**
BARD PERIPHERAL VASCULAR, INC.,
(a subsidiary and/or division of defendant C.R.
BARD, INC.) an Arizona corporation,

        *Defendants*.

## PLAINTIFF'S MOTION TO TERMINATE DEFENDANTS' NOTICE OF VIDEOTAPED DEPOSITION OF ROBERT O. RITCHIE, Ph.D., Sc.D.

COME NOW, Plaintiffs Misty Greger and Joey Greger, and file this Motion to Terminate Defendants C.R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Notice of Videotaped Deposition of Robert O. Ritchie, Ph.D., Sc.D., pursuant to Federal Rule of Civil Procedure 30(d)(3). In support thereof, Plaintiffs would respectfully show the Court as follows:

1. On October 29, 2020, counsel for Defendants unilaterally noticed the deposition of Dr. Robert Ritchie for November 9, 2020 in San Francisco, California as an in-person (as opposed to remote or "Zoom") deposition.[1] Dr. Ritchie is a Professor of Engineering at the University of California, Berkley, retained by Plaintiffs to provide expert biomedical engineering testimony regarding the defective design of the Bard filter at issue in this case.

2. In accordance with Federal Rule of Civil Procedure 30(d)(3), Plaintiffs object to the place and method designated for the noticed deposition on the grounds that Defendants are

---

[1] Defendants' notice is attached hereto as Exhibit A.

insisting on an in-person deposition in bad faith and in a manner that unreasonably annoys, embarrasses, and oppresses the deponent, Dr. Ritchie.  Dr. Ritchie is unavailable to attend an in-person deposition.  As Plaintiffs' counsel has made abundantly clear to counsel for Defendants, Dr. Ritchie is over 70 years old and has personal health issues that put him at high risk for serious complications if he were to contract COVID-19. *See* Nov. 2–3, 2020 emails between Laura Baughman and Allison Stewart, attached hereto as Exhibit B.  At the hearing on this motion, Dr. Ritchie will be available by remote means to confirm these facts and to answer any questions the Court has.  Enforcement of the noticed location and method of taking this deposition constitutes an undue, and easily avoidable, burden on and health risk for Dr. Ritchie.

3.      Defendants are well aware of just how dangerous the COVID-19 pandemic is, having themselves previously referred to it as "one of the most serious threats to public health and safety that our nation has ever faced." *See* Defendants' Brief in Support of Motion for Trial Continuance in *Wright v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*, 1, attached hereto as Exhibit C.  California is the state that has been hit the hardest. *See id.*

4.      Previous Bard notices of deposition in this case have specifically provided for the depositions to be conducted via Zoom videoconference. *See* Amended Notice of Videotaped Deposition of Plaintiff Misty Greger, attached hereto as Exhibit D; Amended Notice of Videotaped Deposition of Plaintiff Joey Greger, attached hereto as Exhibit E; Amended Notice of Videotaped Deposition of Carlos Cruz, M.D., attached hereto as Exhibit F.

5.      Plaintiffs' requests to conduct Dr. Ritchie's deposition via remote means have been ignored by Bard's counsel.  There is no reason to risk Dr. Ritchie's health in order to conduct this deposition in person, and the parties have proven perfectly capable of conducting previous depositions in this case via Zoom.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Misty and Joey Greger respectfully request that the Court terminate the in-person deposition of Dr. Robert Ritchie and order Bard to change the location/method of taking this deposition to a remote/Zoom deposition, as well as for any such other and further relief, both at law and in equity, to which they may show themselves justly entitled.

Dated: November 3, 2019                                    Respectfully submitted,


                                                           */s/ Laura J. Baughman*_____
                                                           Ben C. Martin (13052400 TX)
                                                           Laura J. Baughman (00791846 TX)
                                                           Thomas W. Arbon (01284275 TX)
                                                           Martin Baughman, PLLC
                                                           3710 Rawlins St., Ste. 1230
                                                           Dallas, Texas 75219
                                                           Telephone: (214) 761-6614
                                                           Facsimile: (214) 744-7590
                                                           bmartin@martinbaughman.com
                                                           lbaughman@martinbaughman.com
                                                           tarbon@martinbaughman.com
                                                           eservice@martinbaughman.com

                                                           *Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 2 and 3, 2020, on behalf of Plaintiffs and Dr. Ritchie, I made repeated attempts to resolve the subject matter of this motion with Allison Stewart, Counsel for Defendants, by emailing her explaining Plaintiff's position.  Ms. Stewart did not respond.

*/s/ Laura J. Baughman*_____
Laura J. Baughman

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Laura J. Baughman*_____
Laura J. Baughman