| | |
|---|---|
| **From:** | Laura Baughman |
| **Sent:** | Tuesday, November 3, 2020 12:04 PM |
| **To:** | stewarta@gtlaw.com; Ben Martin; Kristi Wood; Ewelina Johnson |
| **Cc:** | wahbyp@gtlaw.com; mcphersonm@gtlaw.com |
| **Subject:** | RE: EXTERNALRE: Greger v. Bard - Expert Depositions |

Counsel:

Dr. Ritchie is over 70 years old and independently has personal health issues that put him at high risk if he were to contract COVID-19.  Please let me know by 3 PM Central time today if you agree to take his deposition via Zoom or some other virtual means on Monday.  If not, we will file a motion to quash later today.

Laura

## MARTIN | BAUGHMAN

Laura J. Baughman I Partner
3710 Rawlins Street, Suite 1230   I   Dallas, TX 75219
Office (214) 761-6614   I   Fax  (214) 744-7590
lbaughman@martinbaughman.com | martinbaughman.com

---

**From:** Laura Baughman
**Sent:** Monday, November 2, 2020 7:15 PM
**To:** stewarta@gtlaw.com; Ben Martin <BMartin@martinbaughman.com>; Kristi Wood <kwood@martinbaughman.com>; Ariel Veytsman <AVeytsman@martinbaughman.com>; Ewelina Johnson <Ejohnson@martinbaughman.com>
**Cc:** wahbyp@gtlaw.com; mcphersonm@gtlaw.com
**Subject:** RE: EXTERNALRE: Greger v. Bard - Expert Depositions

Neither Dr. Ritchie nor I will  be attending this deposition in person.  Please re-notice as a remote/virtual deposition.  Please confirm you will do so, or we will move to quash.

## MARTIN | BAUGHMAN

Laura J. Baughman I Partner
3710 Rawlins Street, Suite 1230   I   Dallas, TX 75219
Office (214) 761-6614   I   Fax  (214) 744-7590
lbaughman@martinbaughman.com | martinbaughman.com

---

**From:** stewarta@gtlaw.com <stewarta@gtlaw.com>
**Sent:** Thursday, October 29, 2020 11:03 AM
**To:** Laura Baughman <lbaughman@martinbaughman.com>; Ben Martin <BMartin@martinbaughman.com>; Kristi Wood <kwood@martinbaughman.com>; Ariel Veytsman <AVeytsman@martinbaughman.com>; Ewelina Johnson <Ejohnson@martinbaughman.com>
**Cc:** wahbyp@gtlaw.com; mcphersonm@gtlaw.com
**Subject:** EXTERNALRE: Greger v. Bard - Expert Depositions

1

[CAUTION: This email originated from outside the Martin Baughman email environment.]

Counsel,

Attached is a Notice of Deposition for Dr. Ritchie.

Thank you,

**Allison Stewart**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3641   |  F +1 214.665.5948
stewarta@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

**From:** Stewart, Allison (Assoc-DAL-LT)
**Sent:** Thursday, October 29, 2020 8:54 AM
**To:** 'Laura Baughman' <lbaughman@martinbaughman.com>; 'Ben Martin' <BMartin@martinbaughman.com>; 'Kristi Wood' <kwood@martinbaughman.com>; 'Ariel Veytsman' <AVeytsman@martinbaughman.com>; 'Ewelina Johnson' <Ejohnson@martinbaughman.com>
**Cc:** Wahby, Peter (Shld-Dal-LT) <wahbyp@gtlaw.com>; McPherson, Michele J. (Secy-Dal-LT) <mcphersonm@gtlaw.com>
**Subject:** RE: Greger v. Bard - Expert Depositions

Laura – your office will receive a notice of deposition for Dr. Ritchie today.

We still need dates for Needham and Levy. Please provide today.

Thanks,

**Allison Stewart**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3641   |  F +1 214.665.5948
stewarta@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT** GreenbergTraurig

**From:** Stewart, Allison (Assoc-DAL-LT)
**Sent:** Friday, October 23, 2020 12:44 PM
**To:** 'Laura Baughman' <lbaughman@martinbaughman.com>; Ben Martin <BMartin@martinbaughman.com>; Kristi Wood <kwood@martinbaughman.com>; Ariel Veytsman <AVeytsman@martinbaughman.com>; Ewelina Johnson <Ejohnson@martinbaughman.com>
**Cc:** Wahby, Peter (Shld-Dal-LT) <wahbyp@gtlaw.com>; McPherson, Michele J. (Secy-Dal-LT) <mcphersonm@gtlaw.com>
**Subject:** RE: Greger v. Bard - Expert Depositions

Laura – we will not be proceeding with Hurst on October 28th. We are looking into the other dates you provided and will follow up soon.

For now, we will take Ritchie on 11/9. I'll follow up with a notice.