UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MISTY GREGER, *et ux.* JOEY GREGER | § § § | |
| v. | § | CIVIL NO. 4:19-CV-675-SDJ |
| C.R. BARD, INC., ET AL. | § § § § | |

## ORDER

Before the Court is Plaintiffs' Motion to Terminate Defendants' Notice of Videotaped Deposition of Robert O. Ritchtie, Ph.D., Sc.D., (Dkt. #34). It is hereby **ORDERED** that a hearing on the motion will take place on **November 6, 2020, at 10:00 a.m.** via videoconference. In advance of the hearing, the Court will provide the parties the hyperlink through which to access the videoconference. It is further **ORDERED** that Defendants, if they wish to submit a response to Plaintiffs' motion, must do so by no later than **November 5, 2020**.

**So ORDERED and SIGNED this 4th day of November, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE